# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA JONES-WATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-04887 |
| | ) | |
| HEALTHCARE REVENUE RECOVERY | ) | |
| GROUP, LLC d/b/a ARS ACCOUNT | ) | |
| RESOLUTION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, that the above referenced matter has been resolved between

the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully

requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of

a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: August 15, 2019

                                                    Respectfully submitted,
                                              By: */s/Celetha C. Chatman*

Celetha Chatman
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on August 15, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 15, 2019**                                                                 Respectfully submitted,

By:    /s/ *Celetha Chatman*

By: */s/Celetha C. Chatman*

Celetha Chatman
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com